CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 3 2006

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| DELORES Y. HOWARD, | ) |
| Plaintiff, | ) Civil Action No. 5:05CV00037 |
| v. | ) **FINAL ORDER** |
| JO ANNE B. BARNHART, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered remanding the case to the Commissioner for further proceedings. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that the case is **REMANDED** to the Commissioner for further proceedings at the final level of the sequential evaluation. In the event the Commissioner is unable to grant benefits on the current record, she is to recommit the case to a Law Judge to conduct supplemental evidentiary proceedings at the final level of the evaluation in which both sides may introduce additional evidence, and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This January 3, 2006.

_____
UNITED STATES DISTRICT JUDGE